IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

NANCY P. HILL                                                                                         PLAINTIFF

vs.                                    NO. 2:07-CV-50-WRW

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY                              DEFENDANT

## AGREED ORDER OF DISMISSAL

Upon the agreement of the parties, this case is hereby dismissed.

IT IS SO ORDERED this 6th day of May, 2008.

                                                /s/ Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE

AGREED TO BY:

E. B. Chiles IV, Ark. Bar No. 96179
QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
telephone: (501) 379-1700
facsimile: (501) 379-1701
cchiles@qgtb.com

QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
telephone: (479) 444-5205
facsimile: (479) 444-6647
bcate@qgtb.com


By:   /s/ Brandon B. Cate
        Brandon B. Cate, Ark. Bar No. 2001203

*Attorneys for Hartford Life & Accident Insurance Company*

and

B. Michael Easley, Esq.
P.O. Box 1115
Forrest City, Arkansas 72336-1115


By:   /s/ B. Michael Easley
        B. Michael Easley, Esq.

*Attorneys for Plaintiff*